# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10047-CR-MOORE (GARBER)

18 U.S.C. § 111(a)(1)
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(iv)
18 U.S.C. § 2237(a)(1)
18 U.S.C. § 2237(a)(2)(A)
18 U.S.C. § 982(a)(6)(A)



FILED by _____ D.C.
INTAKE

SEP 2 1 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

UNITED STATES OF AMERICA

vs.

MANUEL FRIERE,
YULIER GARCIA-MARTINEZ,
and
ABDULAY PEREZ,

Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 27, 2007, upon the high seas and out of the jurisdiction of any particular

State or district, with Monroe County, in the Southern District of Florida, being the district in which

the offender was first brought, and elsewhere, the defendant,

### MANUEL FRIERE,

did forcibly assault, resist, oppose, impede, and interfere with United States Coast Guard Petty

Officers, persons designated in Title 18, United States Code, Section 1114, while such Petty Officers

were engaged in and on account of the performance of their official duties, in violation of Title 18,

United States Code, Section 111(a)(1).

## COUNT 2

On or about June 27, 2007, upon the high seas and out of the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district in which the offender was first brought, and elsewhere, the defendants,

**MANUEL FRIERE,
YULIER GARCIA-MARTINEZ,
and
ABDULAY PEREZ,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNT 3

On or about June 27, 2007, on a vessel of the United States and subject to the jurisdiction of the United States, with Monroe County, in the Southern District of Florida, being the district in which the offender was first brought, and elsewhere, the defendant,

**MANUEL FRIERE,**

being the master, operator, and person in charge of such vessel, did knowingly and intentionally fail to obey an order by authorized Federal law enforcement officers to heave to that vessel, in violation of Title 18, United States Code, Section 2237(a)(1).

2

## COUNT 4

On or about June 27, 2007, on a vessel of the United States and subject to the jurisdiction of

the United States, with Monroe County, in the Southern District of Florid being the district in which

the offender was first brought, and elsewhere, the defendants,

**MANUEL FRIERE,
YULIER GARCIA-MARTINEZ,
and
ABDULAY PEREZ,**

did knowingly and intentionally forcibly resist, oppose, prevent, impede, and interfere with a

boarding and other law enforcement action authorized by federal law and to resist a lawful arrest,

in violation of Title 18, United States Code, Sections 2237(a)(2)(A) and 2.

## CRIMINAL FORFEITURE

a.      The allegation of Count 2 of this Indictment is realleged and by this reference fully

incorporated herein for the purpose of alleging forfeitures to the United States of America of certain

property in which the defendant has an interest, pursuant to the provisions of Title 18, United States

Code, Section 982(a)(6)(A).

b.      Upon conviction of the offense alleged in Count 2 of this Indictment, defendants

**MANUEL FRIERE, YULIER GARCIA-MARTINEZ, and ABDULAY PEREZ,** shall forfeit

to the United States (1) any property, real or personal, constituting or derived from or traceable to

proceeds the person obtained directly or indirectly as the result of the afore stated offenses; and (2)

any property, real or personal (including a conveyance), used in the commission of or used or

intended to be used to facilitate the commission of, the afore said offenses.

3

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth

in Title 21, United States Code, Section 853.

A TRUE BILL

JARK

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

DONALD L. BROWN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MANUEL FRIERE,
YURIEL GARCIA-MARTINEZ,
and ABDULAY PEREZ,

Defendants.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

Court Division: (Select One)

____ Miami  _X_ Key West
____ FTL   ____ WPB  ____ FTP

New Defendant(s)          Yes ____ No ____
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    _Yes_
    List language and/or dialect   _Spanish_

4.  This case will take  _3_  days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                              (Check only one)

    I    0 to 5 days      _X_          Petty     ____
    II   6 to 10 days     ____         Minor     ____
    III  11 to 20 days    ____         Misdem.   ____
    IV   21 to 60 days    ____         Felony    _X_
    V    61 days and over ____

6.  Has this case been previously filed in this District Court? (Yes or No)  _No_
If yes:
Judge: _____  Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)  _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No)  _No_

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes _X_ No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ____ Yes _X_ No
    If yes, was it pending in the Central Region? ____ Yes ____ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ____ Yes _X_ No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

DONALD L. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0685291

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>MANUEL **FRIERE**</u>

**Case No:**

Count # 1

<u>Assault</u>

<u>Title 18, United States Code, Section 111(a)(1)</u>

**\* Max. Penalty:**      Eight years' imprisonment

Count # 2

<u>Conspiracy to Smuggle Aliens</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)</u>

**\* Max. Penalty:**      Five years' imprisonment

Count #: 3

<u>Failure to Heave To</u>

<u>Title 18, United States Code, Section 2237(a)(1)</u>

**\* Max. Penalty:**      Five years' imprisonment

Count #: 4

<u>Obstruction of Boarding</u>

<u>Title 18, United States Code, Section 2237(a)(2)(A)</u>

**\* Max. Penalty:**      Five years' imprisonment

**\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>YULIER GARCIA-MARTINEZ</u>

**Case No:**

Count # 2

<u>Conspiracy to Smuggle Aliens</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)</u>

**\* Max. Penalty:**      Five years' imprisonment

Count #: 4

<u>Obstruction of Boarding</u>

<u>Title 18, United States Code, Section 2237(a)(2)(A)</u>

**\* Max. Penalty:**      Five years' imprisonment

**\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  **ABDULAY PEREZ**

Case No:

Count # 2

Conspiracy to Smuggle Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

\* **Max. Penalty:**        Five years' imprisonment

Count #: 4

Obstruction of Boarding

Title 18, United States Code, Section 2237(a)(2)(A)

\* **Max. Penalty**:        Five years' imprisonment

**\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**